# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DOUGLAS A. BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CALDWELL, a subdivision of the state of Idaho, MARK WENDELSDORF, GARRET NANCOLAS, MONICA JONES, and JOHN/JANE DOES I through X, whose true identities are presently unknown,<br><br>　　　　　Defendants. | Case No. 1:10-CV-536-BLW<br><br>MEMORANDUM DECISION AND ORDER |

　　　　In the Court's Memorandum Decision and Order entered on February 14, 2011, the Court dismissed "all claims against Defendants Wendelsdorf, Nancolas, and Jones in their individual capacities" but with leave to amend. *Memorandum Decision and Order* at 15, Dkt. 22. The Court further stated that "[i]f an amended complaint is not filed within 30 days from the date of this order, the dismissal will be final and with prejudice." *Id.* The 30 days have since passed, and Plaintiff has not filed an amended complaint.

MEMORANDUM DECISION AND ORDER - 1

Accordingly, IT IS HEREBY ORDERED that the claims against Defendants Wendelsdorf, Nancolas, and Jones in their individual capacities are DISMISSED WITH PREJUDICE.

DATED: March 30, 2011

B. Lynn Winmill
Chief Judge
United States District Court